**FILED**

AUG 31 2017 ᵉᴺ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court for the Northern District Of Illinois
Attorney Appearance

1:17-cv-06316
**Judge Ruben Castillo**
**Magistrate Judge Daniel G. Martin**

Case Title: U.S., et al. ex rel Zellner v. Medline Industries, Inc.

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff-Relator

Attorney name (type or print): Jamie S. Franklin

Firm: The Franklin Law Firm LLC

Street address: 53 W. Jackson Blvd., Ste. 803

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6242916
(See item 3 in instructions)

Telephone Number: 312-662-1008

Email Address: jsf@thefranklinlawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/31/17

Attorney signature:    S/ Jamie S. Franklin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015