IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, and State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Hampshire, State of New Jersey, State of New Mexico, State of New York, State of Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, State of Washington, Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia , ex rel. Elizabeth A. Zellner,<br>Plaintiff(s),<br><br>v.<br><br>Medline Industries, Inc.<br>Defendant(s). | Case No. 17 CV 6316<br>Judge Rebecca R. Pallmeyer |

## ORDER

      The United States of America has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B). Therefore, the Clerk of Court is directed to unseal the complaint, this Order, the attached Order, and the United States of America's Notice of Election to Decline Intervention. All other contents in the Court's file will remain under seal until further court order. The seal is also lifted as to all other matters occurring in this action after the date of this Order. The case is dismissed without prejudice as to the State of Maryland. Enter Order.

Date: 2/25/2021

_____
Rebecca R. Pallmeyer
United States District Judge