# United States District Court
# Northern District of Illinois

In the Matter of
UNITED STATES OF AMERICA, *ex rel.*
Elizabeth A. Zellner et al.,

          Plaintiff,

          v.

Medline Industries, Inc.

          Defendants.

No. 17 C 6316

Chief Judge Pallmeyer

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

Dated: February 25, 2021

_____
Judge Rebecca R. Pallmeyer

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Rebecca R. Pallmeyer

Dated: February 25, 2021

The United States of America has declined to intervene in this False Claims Act action; therefore, it is recommended that this case be reassigned by lot to an active judge of this Court for further proceedings.