IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON, and the COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA, <br><br> *ex rel.* ELIZABETH A. ZELLNER, <br><br> Plaintiffs, <br><br> vs. <br><br> MEDLINE INDUSTRIES, INC. <br><br> Defendant. | CASE NO. 17-CV-06316 <br><br> JUDGE JOHN F. KNESS |

**CORPORATE DISCLOSURE
STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Medline Industries, Inc. states as follows:

1. Medline Industries, Inc. is a privately held corporation with no publicly held affiliates.

Dated: June 11, 2021

Respectfully submitted,

Reid J. Schar
Erin R. Schrantz
Jason M. Bradford
Laura E.B. Hulce
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

By: /s Reid J. Schar
One of Its Attorneys