**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA, and the
STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, DISTRICT OF
COLUMBIA, FLORIDA, GEORGIA, HAWAII,
ILLINOIS, INDIANA, IOWA, LOUISIANA,
MARYLAND, MASSACHUSETTS,
MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW HAMPSHIRE, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT, and
WASHINGTON, and the COMMONWEALTHS
OF MASSACHUSETTS and VIRGINIA, and the
DISTRICT OF COLUMBIA,

      *ex rel.* ELIZABETH A. ZELLNER,

    Plaintiffs,

  vs.

MEDLINE INDUSTRIES, INC.

    Defendant.

CASE NO. 17-CV-06316

JUDGE JOHN F. KNESS

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MEDLINE**
**INDUSTRIES, INC. TO ANSWER OR FILE A RESPONSIVE PLEADING TO**
**PLAINTIFF-RELATOR'S FIRST AMENDED COMPLAINT**

Defendant Medline Industries, Inc. ("Medline"), by and through its undersigned counsel,

hereby moves this Court for an extension of time to answer or file a responsive pleading to Plaintiff-

Relator Elizabeth A. Zellner's ("Relator") Amended Complaint. In support of this Motion, Medline

states as follows:

    1.     On July 12, 2021, Relator filed her First Amended Complaint. (ECF No. 29.)

    2.     Medline is required to answer or otherwise plead in response to the First Amended

Complaint no later than August 26, 2021. (ECF No. 27.)

    3.     Medline and Relator engaged in settlement discussions and have reached an agreement

in principle as to what they believe is an appropriate settlement. Relator and Medline will be informing

the government of this agreement. Relator and Medline understand that the government will need time

to evaluate the proposed settlement and to seek the approvals needed to consent to the settlement. In addition, all the parties will need time to finalize documentation of a settlement. The Parties understand that the government approval process could take a couple of months.

4.      One of the primary motivations for Medline to settle this matter is avoid the expense of ongoing litigation, including responding to Relator's First Amended Complaint, which is 112 pages with 489 numbered paragraphs and thirty-six separate counts. Due to the sweeping nature of the allegations, the number of potential witnesses, and the vast array of potentially relevant documents, if the case were to proceed beyond the pleadings, the expense of discovery would be enormous.

5.      In light of the proposed settlement, Medline believes, and Relator agrees, it is not productive to continue to spend resources on pleadings and motions.

**WHEREFORE**, Medline respectfully requests the Court enter an Order granting this unopposed motion to extend the time to file its responsive pleading or motion from August 26, 2021 to October 28, 2021, while the Parties work to finalize a settlement.

Reid J. Schar                                                 Respectfully submitted,
Erin R. Schrantz
Jason M. Bradford
Laura E.B. Hulce
JENNER & BLOCK LLP
353 N. Clark Street                                      By:___/s/ Reid J. Schar_____
Chicago, IL 60654-3456                                        One of Its Attorneys
Telephone:  +1 312 222 9350
Facsimile:  +1 312 527 0484