IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON, and the COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA, <br><br>      *ex rel.* ELIZABETH A. ZELLNER, <br><br>    Plaintiffs, <br><br>  vs. <br><br>MEDLINE INDUSTRIES, INC. <br><br>    Defendant. | CASE NO. 17-CV-06316 <br><br> JUDGE JOHN F. KNESS |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MEDLINE INDUSTRIES, INC. TO ANSWER OR FILE A RESPONSIVE PLEADING TO PLAINTIFF-RELATOR'S FIRST AMENDED COMPLAINT**

Defendant Medline Industries, Inc. ("Medline"), by and through its undersigned counsel, hereby moves this Court for an extension of time to answer or file a responsive pleading to Plaintiff-Relator Elizabeth A. Zellner's ("Relator") Amended Complaint. In support of this Motion, Medline states as follows:

1. On July 12, 2021, Relator filed her First Amended Complaint. (ECF No. 29.)

2. On August 18, 2021, Medline filed an agreed motion to extend the time to answer or otherwise plead in response to Relator's First Amended Complaint from August 26, 2021 to October 28, 2021. (ECF No. 31.) On August 23, 2021, the Court granted Medline's motion for extension of time. (ECF No. 34.)

3. On October 20, 2021, Medline filed a second agreed motion to extend the time to answer

or otherwise plead in response to Relator's First Amended Complaint from August 26, 2021 to January 6, 2022. (ECF No. 38.) On October 25, 2021, the Court granted Medline's second motion for extension of time. (ECF No. 39.) Medline is now required to answer or otherwise plead in response to the First Amended Complaint no later than January 6, 2022. (ECF No. 39.)

4. Relator and Medline have agreed on a proposed settlement of the pending matter and are discussing the proposed settlement with the Department of Justice ("DOJ"). Relator and Medline understand that DOJ is making progress evaluating the proposed settlement, but the process will take additional time given the need to coordinate a resolution with multiple states. Further, the Parties will need time to finalize documentation of the proposed settlement.

5. In light of the proposed settlement, Medline continues to believe, and Relator agrees, it is not productive to continue to spend resources on pleadings and motions.

**WHEREFORE**, Medline respectfully requests the Court enter an Order granting this agreed motion to extend the time to file its responsive pleading or motion from January 6, 2022, to March 7, 2022, while the Parties and DOJ work to finalize a settlement.

|  |  |
|---|---|
| Dated: December 20, 2021 | Respectfully submitted, |
|  | Medline Industries, Inc. |
|  | By: */s/ Reid J. Schar* |
| Reid J. Schar | One of Its Attorneys |
| Erin R. Schrantz |  |
| Jason M. Bradford |  |
| Matthew T. Gordon |  |
| JENNER & BLOCK LLP |  |
| 353 N. Clark Street |  |
| Chicago, IL 60654-3456 |  |
| Telephone: +1 312 923 2629 |  |
| Facsimile: +1 312 527 0484 |  |